David Harford (SBN 270696)
*David.harford@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100

Timothy M. Reynolds, (*pro hac vice forthcoming*)
*timothy.reynolds@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
1801 13th Street, Suite 300
Boulder, CO  80302
Telephone:   (303) 444-5955
Facsimile:    (303) 866-0200

Michael E. Rowan, (*pro hac vice forthcoming*)
*michael.rowan@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
211 N Broadway, Suite 3600
St. Louis, MO 63102
Telephone:   (314) 259-2000
Facsimile:    (314) 259-2020

Attorneys for Plaintiff Providence Publications, LLC

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROVIDENCE PUBLICATIONS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERWEST INSURANCE SERVICES, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br>**(17 U.S.C. § 101, *et seq.*)**<br><br><br>**JURY TRIAL DEMANDED** |

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CALIFORNIA 92614

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CALIFORNIA 92614

1       Plaintiff Providence Publications, LLC ("Providence"), by its attorneys, brings this

2  copyright infringement action against InterWest Insurance Services, LLC ("InterWest") and

3  DOES 1-10, and for its causes of action, states as follows:

4  <strong><u>INTRODUCTION</u></strong>

5       1.    Providence publishes and owns the copyrights in the serial publication, the *Cal-*

6  *OSHA Reporter* (the "Publication"). The Publication provides expert news and analysis for

7  California's occupational safety and health community. The Publication is a privately owned,

8  specialized newsletter prepared by three individuals who are subject-matter experts. Each weekly

9  issue of the Publication is delivered as a PDF file sent by email electronically to authorized

10 recipients.

11      2.    Providence's business model depends almost entirely on subscription fees. To that

12 end, Providence sells subscriptions to the Publication either as (1) single-copy subscriptions,

13 (2) team subscriptions, for a specific number of identified recipients at a particular company or

14 institutional subscriber, or (3) enterprise subscriptions, which authorize all employees of a

15 subscriber company or institution to receive a copy from Providence. Prices vary based on the

16 subscription purchased.

17      3.    InterWest is incorporated in Delaware and headquartered in Sacramento,

18 California. According to its website, InterWest operates nationwide and generates more than

19 $750 million in annual premiums.

20      4.    InterWest has purchased a single-copy Premium Subscription to the Publication

21 for many years. As described in greater detail below, however, InterWest has also engaged in a

22 long-running pattern of intentional acts of abusing Providence's copyrights in the Publication.

23 Specifically, an audit of subscription delivery data has revealed that, despite purchasing a single-

24 copy subscription, InterWest routinely and without authorization copied and forwarded nearly

25 every issue of the Publication to an undisclosed number of additional recipients over a period of

26 multiple years. In fact, the audit shows more than 600 unauthorized copies involving

27 approximately 125 discrete issues of the Publication since 2018. Simply put, InterWest has

28 engaged in a systematic, willful, long-term pattern of copyright infringement of the Publication.

5. Upon information and belief, InterWest's illegal conduct far exceeds what is shown in the audit and included regular unauthorized copying and distribution of Providence's copyrighted publications both internally to other InterWest employees and externally to third parties. InterWest has, thus, systematically abused its subscription by taking and using Providence's Publication far in excess of what InterWest paid for, while also undercutting the paying subscriber base for the Publication.

6. InterWest's misconduct has caused substantial harm to Providence and to the value of Providence's publications. By this Complaint, Providence seeks damages, injunctive relief, and its attorneys' fees and costs pursuant to the Copyright Act, 17 U.S.C. § 501 *et seq.*

## JURISDICTION AND VENUE

7. This is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101 *et seq.* The Court has original subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over InterWest because, upon information and belief, InterWest has its headquarters at 8950 Cal Center Dr., Building 3, Suite 200, Sacramento, California. Providence's claims arise out of InterWest's pattern of willful copyright infringement conducted from within this District including at one or more of InterWest's facilities in Sacramento and Chico, California.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1400(a) because the Defendant may be found within this District given that it is amenable to personal jurisdiction in this District and venue and jurisdiction are coextensive in copyright infringement actions.

## PARTIES

10. Plaintiff Providence is a limited liability company with headquarters in Granite Bay, California.

11. Upon information and belief, Defendant InterWest is a Delaware limited liability company having its headquarters at 8950 Cal Center Dr., Building 3, Suite 200, in Sacramento, California.

12. Providence is informed and believes, and, based thereon, alleges that the fictitiously named Defendants captioned above as DOES 1 through 10, inclusive, and each of

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CALIFORNIA 92614

them (hereinafter "DOE(S)") were in some manner responsible or are legally liable for the actions, damages, events, transactions, and circumstances alleged herein. The true names and capacities of such fictitiously named defendants, whether individual, corporate, associate, or otherwise are presently unknown to Providence, and Providence will amend this Complaint to assert the true names and capacities of such fictitiously named Defendants when the same have been ascertained. For convenience, each reference herein to a named Defendant or to Defendants shall also refer to the DOES and each of them.

13.     Providence is informed and believes, and, based thereon, alleges that each of the Defendants was the agent, partner, servant, employee, or employer of each of the other Defendants herein, and that at all times herein mentioned, each of the Defendants was acting within the course and scope of such employment, partnership and/or agency and that each of the Defendants is jointly and severally responsible for the infringement and damages alleged.

## **FACTUAL BACKGROUND**

**A.     Providence and *Cal-OSHA Reporter***

14.     Providence owns and registers the copyrights in each issue of the Publication, a specialized weekly publication that provides expert news and analysis of relevant developments for California's occupational safety and health community. Providence delivers each issue of the Publication as a PDF file, by email, to authorized recipients.

15.     Providence sells three types of subscriptions: (1) a single-copy subscription, (2) a team subscription, for a specific number of identified recipients in a company, and (3) an enterprise subscription, for an unlimited number of identified recipients within the organization. As advertised on Providence's website, where corporate subscribers purchase a team subscription, Providence provides increasing discounts depending on the number of team members selected by the company to receive a copy of the Publication:

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CALIFORNIA 92614

COMPLAINT FOR COPYRIGHT INFRINGEMENT



16.    Subscribers designate the recipient or recipients of the Publication and Providence emails the Publication directly to the designated recipient(s).

17.    While certain flash alerts distributed by Providence are identified as free to share, the Publication is subject to the agreed upon—and purchased—limitations of the subscription. Each issue of the Publication is emailed to authorized recipients in PDF format and may not be copied, reposted, forwarded, or otherwise distributed.

18.    Each issue of the Publication includes a copyright notice written in bold—e.g., "**© 2020 Providence Publications, LLC  All Rights Reserved**"—as well as a further written

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CALIFORNIA 92614

notice stating that, "No part of this material may be reproduced or transmitted in any form by any means ... without written permission from **Cal-OSHA Reporter**":



19.    Each issue of the Publication constitutes an original work of authorship, authored by Providence under the Copyright Act.  Providence has complied with the copyright laws and is the owner of the exclusive copyrights therein, including the rights infringed by Defendants.

20.    Attached hereto as **Exhibit A** are Certificates of Registration for those issues of the Publication infringed by Defendants (the "Infringed Works" as defined below), which were published from March 30, 2018 through May 27, 2022.

**B.    InterWest's Pattern of Unlawful Copying and Distribution of the Publication.**

21.    Starting in approximately March 2018, InterWest paid for a single-copy subscription for the Publication and Providence regularly emailed the Publication directly to the recipient designated by InterWest to receive it.

22.    After receiving information indicating that some people who actually received the Publication did not subscribe to it, Providence undertook an audit to identify potential infringers. Providence's automated subscription fulfillment process, which transmits the weekly email delivering the Publication, captures data when the subscription delivery email is forwarded by the recipient.  Providence's records do not identify specific recipients of each separate forward by name, and also do not record instances where the PDF of the Publication itself might be separately copied, separately forwarded, or posted to an intranet or other shared location. Nevertheless, a record of instances when the subscription delivery email is itself forwarded

BryanCaveLeightonPaisnerLLP
1920 Main Street, Suite 1000
Irvine, California 92614

provides direct evidence of unauthorized copying and redistribution of the Publication—

especially where there is a consistent pattern.

23.    Providence's records show that one or more InterWest employees routinely copied

and forwarded nearly every issue of the Publication, beginning approximately March 30, 2018, to

an undisclosed number of additional recipients without authorization.  This serial copying and

forwarding has included, since as early as March 30, 2018, approximately 125 separate issues of

the Publication, listed below (the "Infringed Works"):

| Date of Weekly Issue | Known Forwards | Date of Weekly Issue | Known Forwards | Date of Weekly Issue | Known Forwards |
|---|---|---|---|---|---|
| 5/27/2022 | 6 | 9/10/2021 | 8 | 9/25/2020 | 3 |
| 5/20/2022 | 6 | 8/27/2021 | 5 | 9/18/2020 | 4 |
| 5/13/2022 | 6 | 8/20/2021 | 5 | 9/11/2020 | 4 |
| 5/6/2022 | 5 | 8/13/2021 | 5 | 9/4/2020 | 4 |
| 4/29/2022 | 11 | 8/6/2021 | 4 | 8/28/2020 | 4 |
| 4/22/2022 | 8 | 7/30/2021 | 3 | 8/21/2020 | 8 |
| 4/15/2022 | 5 | 7/23/2021 | 4 | 8/7/2020 | 3 |
| 4/8/2022 | 4 | 7/2/2021 | 8 | 7/31/2020 | 3 |
| 4/1/2022 | 3 | 6/25/2021 | 5 | 7/24/2020 | 3 |
| 3/25/2022 | 9 | 6/18/2021 | 4 | 7/2/2020 | 5 |
| 3/18/2022 | 4 | 6/11/2021 | 7 | 6/26/2020 | 5 |
| 3/11/2022 | 7 | 6/4/2021 | 4 | 6/19/2020 | 3 |
| 2/25/2022 | 6 | 5/28/2021 | 8 | 5/29/2020 | 3 |
| 2/18/2022 | 4 | 5/14/2021 | 3 | 5/22/2020 | 4 |
| 2/11/2022 | 5 | 5/7/2021 | 5 | 5/1/2020 | 4 |
| 2/4/2022 | 6 | 4/23/2021 | 9 | 4/24/2020 | 4 |
| 1/28/2022 | 5 | 4/16/2021 | 6 | 3/20/2020 | 4 |
| 1/21/2022 | 4 | 4/2/2021 | 5 | 3/13/2020 | 4 |
| 1/14/2022 | 7 | 2/26/2021 | 3 | 3/5/2020 | 4 |
| 12/17/2021 | 6 | 2/19/2021 | 3 | 2/28/2020 | 5 |
| 12/3/2021 | 6 | 2/12/2021 | 3 | 2/21/2020 | 5 |
| 11/24/2021 | 3 | 1/15/2021 | 5 | 1/24/2020 | 4 |
| 11/19/2021 | 10 | 1/8/2021 | 4 | 12/20/2019 | 9 |
| 11/12/2021 | 8 | 12/20/2020 | 4 | 11/26/2019 | 16 |
| 10/29/2021 | 7 | 12/13/2020 | 6 | 11/22/2019 | 3 |
| 10/22/2021 | 6 | 12/6/2020 | 3 | 11/15/2019 | 6 |
| 10/15/2021 | 7 | 11/26/2020 | 3 | 11/1/2019 | 5 |
| 10/8/2021 | 6 | 11/22/2020 | 3 | 10/25/2019 | 5 |
| 10/1/2021 | 5 | 11/15/2020 | 3 | 10/11/2019 | 3 |
| 9/24/2021 | 7 | 11/8/2020 | 6 | 9/27/2019 | 3 |
| 9/17/2021 | 6 | 10/30/2020 | 5 | 9/20/2019 | 4 |

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CALIFORNIA 92614

COMPLAINT FOR COPYRIGHT INFRINGEMENT

| Date of Weekly Issue | Known Forwards |
|---|---|
| 9/6/2019 | 5 |
| 8/16/2019 | 6 |
| 8/9/2019 | 3 |
| 8/2/2019 | 7 |
| 7/26/2019 | 3 |
| 6/14/2019 | 8 |
| 5/31/2019 | 4 |
| 5/10/2019 | 6 |
| 4/26/2019 | 3 |
| 4/12/2019 | 3 |
| 3/22/2019 | 4 |

| Date of Weekly Issue | Known Forwards |
|---|---|
| 3/15/2019 | 4 |
| 3/1/2019 | 5 |
| 2/22/2019 | 3 |
| 2/8/2019 | 6 |
| 12/21/2018 | 6 |
| 12/7/2018 | 7 |
| 11/30/2018 | 4 |
| 11/21/2018 | 6 |
| 11/9/2018 | 8 |
| 10/26/2018 | 3 |
| 10/12/2018 | 3 |

| Date of Weekly Issue | Known Forwards |
|---|---|
| 9/28/2018 | 4 |
| 9/14/2018 | 3 |
| 8/3/2018 | 9 |
| 7/20/2018 | 4 |
| 6/29/2018 | 4 |
| 6/1/2018 | 7 |
| 5/25/2018 | 7 |
| 5/11/2018 | 5 |
| 4/27/2018 | 7 |
| 3/30/2018 | 10 |

24.     On information and belief, the examples shown above represent the *minimum amount* of illegal copying and forwarding by Defendants.  Providence's audit does not necessarily identify all instances of copying and forwarding, and InterWest has thus far refused to provide Providence with results of any internal audits of its email system.  InterWest's routine pattern of substantial copying and forwarding shows a systematic, long-term, infringement of the Publication.  Because Providence's records capture only limited data, it also likely understates the actual volume of unauthorized systematic copying and forwarding of the Publication to unauthorized recipients, and the infringement of Providence's copyrights by Defendants.

25.     Upon information and belief, InterWest employees on a routine basis and for the benefit of InterWest improperly copied and distributed Providence's publications without authorization from Providence to support the operations of InterWest, a company generating more than $750 million in annual premiums, thereby infringing upon Providence's rights in the Infringed Works.

26.     When this pattern of unlawful behavior was brought to InterWest's attention, InterWest ultimately refused to take responsibility for its actions, necessitating the filing of this Complaint.  Providence anticipates that discovery in this matter will yield proof of additional infringements of the Publication and of other copyrighted works authored by Providence and will seek to amend its claims against Defendants as warranted.

Bryan Cave Leighton Paisner LLP
1920 Main Street, Suite 1000
Irvine, California 92614

**COUNT ONE:**

**COPYRIGHT INFRINGEMENT**

**(Against all DEFENDANTS)**

27.    Providence repeats and realleges all prior allegations of this Complaint with the same force and effect as if set forth fully herein.

28.    Each of the Infringed Works constitutes an original work of authorship and copyrightable subject matter under the Copyright Act, and is protected by a Certificate of Registration duly issued to Providence by the United States Copyright Office as shown in **Exhibit A**.

29.    At all relevant times, Providence has been and still is the owner of all rights, title, and interest in and to the copyrights in each of the Infringed Works, which have not been assigned, licensed, or otherwise transferred to InterWest.

30.    Notwithstanding the Copyright Act's providing that the reproduction and distribution of copyrighted works may lawfully be made only by the copyright owner or with its authorization, Defendants, with full knowledge of Providence's copyrights in each of the Infringed Works, have willfully and without Providence's permission infringed Providence's copyrights by engaging in the systematic, regular, and repeated unauthorized reproduction and distribution of the Publication.

31.    Defendants' unlawful conduct, as set forth above, was willful.  Defendants had actual and/or constructive knowledge that their conduct was unlawful and in violation of Providence's copyrights.  Defendants acted intentionally and in reckless disregard of Providence's copyrights.

32.    As a result of Defendants' unlawful and deliberate conduct as set forth above, Providence has been and will continue to be damaged.

33.    Defendants' actions described above have caused and will continue to cause irreparable harm to Providence, for which Providence has no remedy at law.  Unless this Court restrains Defendants from continuing their infringement of Providence's copyrights, these injuries

Bryan Cave Leighton Paisner LLP
1920 Main Street, Suite 1000
Irvine, California 92614

will continue to occur in the future.  Providence is accordingly entitled to injunctive relief restraining Defendants from further infringement.

**WHEREFORE**, by reason of the acts and circumstances above, Providence seeks relief from this Court as follows:

(1)     Judgment for Providence on the claim set forth above, including that Defendants' infringement of Providence's Publication was intentional and willful;

(2)     An order requiring Defendants to pay Providence actual damages or statutory damages, at Providence's election, under 17 U.S.C. § 504 as determined at trial, including that Defendants be required to pay Providence up to $150,000 for each of the Infringed Works in which Providence's copyrights have been willfully infringed;

(3)     An order enjoining Defendants and those in active concert with them from further infringing directly or indirectly upon Providence's copyrights under 17 U.S.C. § 502;

(4)     An order requiring Defendants to deliver up for destruction all unauthorized copies of the Infringed Works and any other infringing material under 17 U.S.C. § 503;

(5)     Prejudgment and post-judgment interest at the applicable rate;

(6)     Providence's attorney's fees, expenses, and costs of suit, including under 17 U.S.C. § 505; and

(7)     Such other and further relief the Court deems proper.

## JURY DEMAND

Providence hereby demands trial by jury on all issues so triable in this action.

Dated: September 8, 2023                    Respectfully submitted,

                                            **BRYAN CAVE LEIGHTON PAISNER LLP**

                                            By:___ */s/ David Harford*_____
                                                 David Harford
                                            Attorneys for Plaintiff Providence Publications, LLC

BRYAN CAVE LEIGHTON PAISNER LLP
1920 MAIN STREET, SUITE 1000
IRVINE, CALIFORNIA 92614

9
COMPLAINT FOR COPYRIGHT INFRINGEMENT

EXHIBIT A

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tisle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-574-139**

**Effective Date of Registration:**
May 07, 2018

REC'D AUG 0 6 2018

## Title

| | |
|---|---|
| **Title of Work:** | Cal-OSHA Reporter |
| **ISSN:** | 1054-1209 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 45 | 8 | March 2, 2018 | March 02, 2018 |
| 45 | 9 | March 9, 2018 | March 09, 2018 |
| 45 | 10 | March 16, 2018 | March 16, 2018 |
| 45 | 11 | March 23, 2018 | March 23, 2018 |
| 45 | 12 | March 30, 2018 | March 30, 2018 |
| 45 | 13 | April 6, 2018 | April 06, 2018 |
| 45 | 14 | April 13, 2018 | April 13, 2018 |
| 45 | 15 | April 20, 2018 | April 20, 2018 |
| 45 | 16 | April 27, 2018 | April 27, 2018 |

**Nation of 1st Publication:**  United States

## Author

| | |
|---|---|
| **Author:** | Providence Publications |
| **Author Created:** | Collective Work |
| **Work made for hire:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Providence Publications |
| | PO Box 2610, Granite Bay, CA, 95746 |

## Certification

| | |
|---|---|
| **Name:** | Maria Galvez |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Cyle*

Acting United States Register of Copyrights and Director

Registration Number

**TX 8-633-989**

Effective Date of Registration:
July 05, 2018

## Title

**Title of Work:** Cal-OSHA Reporter

**ISSN:** 1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 45 | 17 | May 4, 2018 | May 04, 2018 |
| 45 | 18 | May 11, 2018 | May 11, 2018 |
| 45 | 19 | May 18, 2018 | May 18, 2018 |
| 45 | 20 | May 25, 2018 | May 25, 2018 |
| 45 | 21 | June 1, 2018 | June 01, 2018 |
| 45 | 22 | June 8, 2018 | June 08, 2018 |
| 45 | 23 | June 15, 2018 | June 15, 2018 |
| 45 | 24 | June 22, 2018 | June 22, 2018 |
| 45 | 25 | June 29, 2018 | June 29, 2018 |

**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Providence Publications
  **Author Created:** Collective Work
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Providence Publications
PO Box 2610, Granite Bay, CA, 95746

## Certification

**Name:** Maria Galvez

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-637-838**

**Effective Date of Registration:**
September 04, 2018

---

## Title

**Title of Work:** Cal-OSHA Reporter

**ISSN:** 1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 45 | 26 | July 20, 2018 | July 20, 2018 |
| 45 | 27 | July 27, 2018 | July 27, 2018 |
| 45 | 28 | August 3, 2018 | August 03, 2018 |
| 45 | 29 | August 10, 2018 | August 10, 2018 |
| 45 | 30 | August 17, 2018 | August 17, 2018 |
| 45 | 31 | August 24, 2018 | August 24, 2018 |
| 45 | 32 | August 31, 2018 | August 31, 2018 |

**Nation of 1ˢᵗ Publication:** United States

## Author

**Author:** Providence Publications
**Author Created:** Collective Work
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Providence Publications
PO BOX 2610, Granite Bay, CA, 95746

## Certification

**Name:** Maria Galvez

_Rcvd 1/22/19_

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-664-050**

**Effective Date of Registration:**
October 30, 2018

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

**Title of Work:**   Cal-OSHA Reporter

**ISSN:**   1054-1209

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 45 | 33 | September 7, 2018 | September 07, 2018 |
| 45 | 34 | September 14, 2018 | September 14, 2018 |
| 45 | 35 | September 21, 2018 | September 21, 2018 |
| 45 | 36 | September 28, 2018 | September 28, 2018 |
| 45 | 37 | October 5, 2018 | October 05, 2018 |
| 45 | 38 | October 12, 2018 | October 12, 2018 |
| 45 | 39 | October 19, 2018 | October 19, 2018 |
| 45 | 40 | October 26, 2018 | October 26, 2018 |

**Nation of 1ˢᵗ Publication:**   United States

### Author

**Author:**   Providence Publications
**Author Created:**   Collective Work
**Work made for hire:**   Yes

### Copyright Claimant

**Copyright Claimant:**   Providence Publications
PO Box 2610, Granite Bay, CA 95746

### Certification

**Name:**   Maria Galvez

Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tughe*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-701-661**

**Effective Date of Registration:**
January 17, 2019

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

| | |
|---|---|
| **Title of Work:** | Cal-OSHA Reporter |
| **ISSN:** | 1054-1209 |

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 45 | 41 | November 02, 2018 | November 02, 2018 |
| 45 | 42 | November 09, 2018 | November 09, 2018 |
| 45 | 43 | November 16, 2018 | November 16, 2018 |
| 45 | 44 | November 21, 2018 | November 21, 2018 |
| 45 | 45 | November 30, 2018 | November 30, 2018 |
| 45 | 46 | December 07, 2018 | December 07, 2018 |
| 45 | 47 | December 14, 2018 | December 14, 2018 |
| 45 | 48 | December 21, 2018 | December 21, 2018 |

**Nation of 1st Publication:** United States

### Author

| | | |
|---|---|---|
| • | **Author:** | Providence Publications |
| | **Author Created:** | Collective Work |
| | **Work made for hire:** | Yes |

### Copyright Claimant

**Copyright Claimant:** Providence Publications
PO Box 2610, Granine Bay, CA 95746

### Certification

**Name:** Maria Galvez

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tayle*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-745-148**

**Effective Date of Registration:**
February 26, 2019

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

**Title of Work:**   Cal-OSHA Reporter

**ISSN:**   1054-1209

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 46 | 1 | January 11, 2019 | January 11, 2019 |
| 46 | 2 | January 18, 2019 | January 18, 2019 |
| 46 | 3 | January 25, 2019 | January 25, 2019 |
| 46 | 4 | February 1, 2019 | February 01, 2019 |
| 46 | 5 | February 8, 2019 | February 08, 2019 |
| 46 | 6 | February 15, 2019 | February 15, 2019 |
| 46 | 7 | February 22, 2019 | February 22, 2019 |

**Nation of 1st Publication:**   United States

### Author

**Author:**   Providence Publications
**Author Created:**   Collective Work
**Work made for hire:**   Yes

### Copyright Claimant

**Copyright Claimant:**   Providence Publications
PO Box 2610, Caranise Bay, CA, 95746

### Certification

**Name:**   Maria Galvez



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Lesle*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-769-451**

**Effective Date of Registration:**
April 29, 2019
**Registration Decision Date:**
August 30, 2019

## Copyright Registration for a Group of Serial Issues

Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

**Title of Work:**  Cal-OSHA Reporter

**ISSN:**  1054-1209

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 46 | 8 | 03/01/2019 | March 01, 2019 |
| 46 | 9 | 03/08/2019 | March 08, 2019 |
| 46 | 10 | 03/15/2019 | March 15, 2019 |
| 46 | 11 | 03/22/2019 | March 22, 2019 |
| 46 | 12 | 03/29/2019 | March 29, 2019 |
| 46 | 13 | 04/05/2019 | April 05, 2019 |
| 46 | 14 | 04/12/2019 | April 12, 2019 |
| 46 | 15 | 04/19/2019 | April 19, 2019 |
| 46 | 16 | 04/26/2019 | April 26, 2019 |

**Nation of 1st Publication:**  United States

### Author

- **Author:**  Providence Publications
  **Author Created:**  collective work
  **Work made for hire:**  Yes

### Copyright Claimant

**Copyright Claimant:**  Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United
States

### Rights and Permissions



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-818-329**

**Effective Date of Registration:**
June 28, 2019

**Registration Decision Date:**
December 23, 2019

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

**Title of Work:** Cal-OSHA Reporter

**ISSN:** 1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 46 | 17 | 05/03/2019 | May 03, 2019 |
| 46 | 18 | 05/10/2019 | May 10, 2019 |
| 46 | 19 | 05/17/2019 | May 17, 2019 |
| 46 | 20 | 05/24/2019 | May 24, 2019 |
| 46 | 21 | 05/31/2019 | May 31, 2019 |
| 46 | 22 | 06/07/2019 | June 07, 2019 |
| 46 | 23 | 06/14/2019 | June 14, 2019 |
| 46 | 24 | 06/21/2019 | June 21, 2019 |
| 46 | 25 | 06/28/2019 | June 28, 2019 |

**Nation of 1st Publication:** United States

## Author

**Author:** Providence Publications
**Author Created:** collective work
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Stim*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-832-090**

**Effective Date of Registration:**
August 30, 2019
**Registration Decision Date:**
February 04, 2020

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

Title of Work:   Cal-OSHA Reporter

ISSN:   1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 46 | 26 | 07/19/2019 | July 19, 2019 |
| 46 | 27 | 07/26/2019 | July 26, 2019 |
| 46 | 28 | 08/02/2019 | August 02, 2019 |
| 46 | 29 | 08/09/2019 | August 09, 2019 |
| 46 | 30 | 08/16/2019 | August 16, 2019 |
| 46 | 31 | 08/23/2019 | August 23, 2019 |
| 46 | 32 | 08/30/2019 | August 30, 2019 |

Nation of 1st Publication:   United States

## Author

Author:   Providence Publications
Author Created:   collective work
Work made for hire:   Yes

## Copyright Claimant

Copyright Claimant:   Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions

Organization Name:   Providence Publications

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Stin*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-842-831**

**Effective Date of Registration:**
October 25, 2019

**Registration Decision Date:**
February 26, 2020

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

Title of Work: Cal-OSHA Reporter

ISSN: 1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 46 | 33 | 09/06/2019 | September 06, 2019 |
| 46 | 34 | 09/13/2019 | September 13, 2019 |
| 46 | 35 | 09/20/2019 | September 20, 2019 |
| 46 | 36 | 09/27/2019 | September 27, 2019 |
| 46 | 37 | 10/04/2019 | October 04, 2019 |
| 46 | 38 | 10/11/2019 | October 11, 2019 |
| 46 | 39 | 10/18/2019 | October 18, 2019 |
| 46 | 40 | 10/25/2019 | October 25, 2019 |

Nation of 1ˢᵗ Publication: United States

## Author

Author: Providence Publications
Author Created: collective work
Work made for hire: Yes

## Copyright Claimant

Copyright Claimant: Providence Publications
Post Office Box 2610, Granite Bay, CA 95746, United States

## Rights and Permissions

Organization Name: Providence Publications

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-842-756**

**Effective Date of Registration:**
December 23, 2019
**Registration Decision Date:**
February 26, 2020

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title
_____

**Title of Work:** Cal-OSHA Reporter

**ISSN:** 1054-1209

## Issue(s)
_____

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 46 | 41 | 11/01/2019 | November 01, 2019 |
| 46 | 42 | 11/08/2019 | November 08, 2019 |
| 46 | 43 | 11/15/2019 | November 15, 2019 |
| 46 | 44 | 11/22/2019 | November 22, 2019 |
| 46 | 45 | 11/26/2019 | November 26, 2019 |
| 46 | 46 | 12/06/2019 | December 06, 2019 |
| 46 | 47 | 12/13/2019 | December 13, 2019 |
| 46 | 48 | 12/20/2019 | December 20, 2019 |

**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Providence Publications
  **Author Created:** collective work
  **Work made for hire:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United
States

## Rights and Permissions
_____

Additional Certificate (17 U.S.C. 706)



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-858-284**

**Effective Date of Registration:**
March 02, 2020
**Registration Decision Date:**
March 30, 2020

# Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

| | |
|---|---|
| Title of Work: | Cal-OSHA Reporter |
| ISSN: | 1054-1209 |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 47 | 1 | 01/10/2020 | January 10, 2020 |
| 47 | 2 | 01/17/2020 | January 17, 2020 |
| 47 | 3 | 01/24/2020 | January 24, 2020 |
| 47 | 4 | 01/31/2020 | January 31, 2020 |
| 47 | 5 | 02/07/2020 | February 07, 2020 |
| 47 | 6 | 02/14/2020 | February 14, 2020 |
| 47 | 7 | 02/21/2020 | February 21, 2020 |
| 47 | 8 | 02/28/2020 | February 28, 2020 |

Nation of 1st Publication:    United States

## Author

|  | |  |
|---|---|---|
| • | Author: | Providence Publications |
| | Author Created: | collective work |
| | Work made for hire: | Yes |

## Copyright Claimant

Copyright Claimant:    Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-879-081**

**Effective Date of Registration:**
May 08, 2020
**Registration Decision Date:**
June 29, 2020

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

Title of Work:   Cal-OSHA Reporter

ISSN:   1054-1209

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 47 | 9 | 03/05/2020 | March 05, 2020 |
| 47 | 10 | 03/13/2020 | March 13, 2020 |
| 47 | 11 | 03/20/2020 | March 20, 2020 |
| 47 | 12 | 03/27/2020 | March 27, 2020 |
| 47 | 13 | 04/03/2020 | April 03, 2020 |
| 47 | 14 | 04/10/2020 | April 10, 2020 |
| 47 | 15 | 04/17/2020 | April 17, 2020 |
| 47 | 16 | 04/24/2020 | April 24, 2020 |

Nation of 1st Publication:   United States

### Author

- Author:   Providence Publications
  Author Created:   collective work
  Work made for hire:   Yes

### Copyright Claimant

Copyright Claimant:   Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United
States

### Rights and Permissions

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Stran*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-884-793**

**Effective Date of Registration:**
July 22, 2020
**Registration Decision Date:**
July 23, 2020

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title
_____

Title of Work:    Cal-OSHA Reporter

ISSN:    1054-1209

### Issue(s)
_____

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 47 | 17 | 05/01/2020 | May 01, 2020 |
| 47 | 18 | 05/08/2020 | May 08, 2020 |
| 47 | 19 | 05/15/2020 | May 15, 2020 |
| 47 | 20 | 05/22/2020 | May 22, 2020 |
| 47 | 21 | 05/29/2020 | May 29, 2020 |
| 47 | 22 | 06/05/2020 | June 05, 2020 |
| 47 | 23 | 06/12/2020 | June 12, 2020 |
| 47 | 24 | 06/19/2020 | June 19, 2020 |
| 47 | 25 | 06/26/2020 | June 26, 2020 |

Nation of 1ˢᵗ Publication:    United States

### Author
_____

Author:    Providence Publications
Author Created:    collective work
Work made for hire:    Yes

### Copyright Claimant
_____

Copyright Claimant:    Providence Publications
Post Office Box 7997, Greenwood, IN, 46142, United States

### Rights and Permissions
_____

Page 1 of 2

**Organization Name:** Providence Publications
**Address:** Post Office Box 7997
Greenwood, IN 46142 United States

## Certification

**Name:** Maria Galvez
**Date:** June 29, 2020

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of serial issues may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: (1) Each issue must be a serial, as defined in 37 C.F.R. 202.4(d); (2) the group must include at least two issues; (3) each issue must be an all-new collective work that has not been previously published; (4) each issue must be fixed and distributed as a discrete, self-contained collective work, and the claim in each issue must be limited to the collective work; (5) each issue must be a work made for hire; (6) the author and claimant for each issue must be the same person or organization; (7) the serial generally must be published at intervals of a week or more; (8) all of the issues must be published under the same continuing title; (9) all of the issues must be published within three months and within the same calendar year; and (10) the applicant must specify the date of publication for each issue in the group.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-915-010**

**Effective Date of Registration:**
October 30, 2020
**Registration Decision Date:**
December 03, 2020

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Cal-OSHA Reporter

**ISSN:** 1054-1209

## Issue(s)
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 47 | 26 | 07/02/2020 | July 02, 2020 |
| 47 | 27 | 07/24/2020 | July 24, 2020 |
| 47 | 28 | 07/31/2020 | July 31, 2020 |
| 47 | 29 | 08/07/2020 | August 07, 2020 |
| 47 | 30 | 08/14/2020 | August 14, 2020 |
| 47 | 31 | 08/21/2020 | August 21, 2020 |
| 47 | 32 | 08/28/2020 | August 28, 2020 |

**Nation of 1ˢᵗ Publication:** United States

## Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Author:** Providence Publications
**Author Created:** collective work
**Work made for hire:** Yes

## Copyright Claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Providence Publications
Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Organization Name:** Providence Publications
**Email:** mgalye2@provpubs.com

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-951-247**

**Effective Date of Registration:**
October 30, 2020

**Registration Decision Date:**
April 10, 2021

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

**Title of Work:**    Cal-OSHA Reporter

**ISSN:**    1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 47 | 33 | 09/04/2020 | September 04, 2020 |
| 47 | 34 | 09/11/2020 | September 11, 2020 |
| 47 | 35 | 09/18/2020 | September 18, 2020 |
| 47 | 36 | 09/25/2020 | September 25, 2020 |
| 47 | 37 | 10/02/2020 | October 02, 2020 |
| 47 | 38 | 10/09/2020 | October 09, 2020 |
| 47 | 39 | 10/16/2020 | October 16, 2020 |
| 47 | 40 | 10/23/2020 | October 23, 2020 |
| 47 | 41 | 10/30/2020 | October 30, 2020 |

**Nation of 1st Publication:**    United States

## Author

- **Author:**    Providence Publications
  **Author Created:**    collective work
  **Work made for hire:**    Yes

## Copyright Claimant

**Copyright Claimant:**    Providence Publications
Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions

**Organization Name:** Providence Publications
**Email:** mgalvez@provpubs.com
**Telephone:** (916)501-8529
**Address:** PO Box 2610
Granite Bay, CA 95746 United States

## Certification

**Name:** Maria Galvez
**Date:** October 30, 2020

---

**Copyright Office notes:** Regarding group registration: A group of serial issues may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: (1) Each issue must be a serial, as defined in 37 C.F.R. 202.4(d); (2) the group must include at least two issues; (3) each issue must be an all-new collective work that has not been previously published; (4) each issue must be fixed and distributed as a discrete, self-contained collective work, and the claim in each issue must be limited to the collective work; (5) each issue must be a work made for hire; (6) the author and claimant for each issue must be the same person or organization; (7) the serial generally must be published at intervals of a week or more; (8) all of the issues must be published under the same continuing title; (9) all of the issues must be published within three months and within the same calendar year; and (10) the applicant must specify the date of publication for each issue in the group.



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-995-223**

**Effective Date of Registration:**
August 05, 2021
**Registration Decision Date:**
August 11, 2021

---

# Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title
_____

**Title of Work:**    Cal-OSHA Reporter

**ISSN:**    1054-1209

## Issue(s)
_____

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 47 | 41 | 11/01/2020 | October 30, 2020 |
| 47 | 42 | 11/08/2020 | November 06, 2020 |
| 47 | 43 | 11/15/2020 | November 13, 2020 |
| 47 | 44 | 11/22/2020 | November 20, 2020 |
| 47 | 45 | 11/26/2020 | November 24, 2020 |
| 47 | 46 | 12/06/2020 | December 04, 2020 |
| 47 | 47 | 12/13/2020 | December 11, 2020 |
| 47 | 48 | 12/20/2020 | December 18, 2020 |

**Nation of 1ˢᵗ Publication:**    United States

## Author
_____

- **Author:**    Providence Publications
  **Author Created:**    collective work
  **Work made for hire:**    Yes

## Copyright Claimant
_____

**Copyright Claimant:**    Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United
States

## Rights and Permissions
_____

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-991-157

**Effective Date of Registration:**
March 01, 2021
**Registration Decision Date:**
August 02, 2021

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title _____

**Title of Work:** Cal-OSHA Reporter

**ISSN:** 1054-1209

## Issue(s) _____

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 48 | 1 | 01/08/2021 | January 08, 2021 |
| 48 | 2 | 01/15/2021 | January 15, 2021 |
| 48 | 3 | 01/22/2021 | January 22, 2021 |
| 48 | 4 | 01/29/2021 | January 29, 2021 |
| 48 | 6 | 02/12/2021 | February 12, 2021 |
| 48 | 5 | 02/05/2021 | February 05, 2021 |
| 48 | 7 | 02/19/2021 | February 19, 2021 |
| 48 | 8 | 02/26/2021 | February 26, 2021 |

**Nation of 1st Publication:** United States

## Author _____

- **Author:** Providence Publications
  **Author Created:** collective work
  **Work made for hire:** Yes

## Copyright Claimant _____

**Copyright Claimant:** Providence Publications
Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions _____

Page 1 of 2

| | |
|---|---|
| **Organization Name:** | Providence Publications |
| **Email:** | mgalvez@provpubs.com |
| **Telephone:** | (916) 501-8529 |
| **Address:** | PO Box 2610 |
| | Granite Bay, CA 95746 United States |

## Certification

| | |
|---|---|
| **Name:** | Maria Galvez |
| **Date:** | March 01, 2021 |

**Copyright Office notes:** Regarding group registration: A group of serial issues may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: (1) Each issue must be a serial, as defined in 37 C.F.R. 202.4 (d); (2) the group must include at least two issues; (3) each issue must be an all-new collective work that has not been previously published; (4) each issue must be fixed and distributed as a discrete, self-contained collective work, and the claim in each issue must be limited to the collective work; (5) each issue must be a work made for hire; (6) the author and claimant for each issue must be the same person or organization; (7) the serial generally must be published at intervals of a week or more; (8) all of the issues must be published under the same continuing title; (9) all of the issues must be published within three months and within the same calendar year; and (10) the applicant must specify the date of publication for each issue in the group.

Registration #: TX0008902057
Service Request #: 1-10219694862



Providence Publications
PO Box 2610
Granite Bay, CA 95746 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-996-341**

**Effective Date of Registration:**
April 30, 2021
**Registration Decision Date:**
August 18, 2021

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

**Title of Work:**   Cal-OSHA Reporter

**ISSN:**   1054-1209

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 48 | 09 | 03/05/2021 | March 05, 2021 |
| 48 | 10 | 03/12/2021 | March 12, 2021 |
| 48 | 11 | 03/19/2021 | March 19, 2021 |
| 48 | 12 | 03/26/2021 | March 26, 2021 |
| 48 | 13 | 04/02/2021 | April 02, 2021 |
| 48 | 14 | 04/09/2021 | April 09, 2021 |
| 48 | 15 | 04/16/2021 | April 16, 2021 |
| 48 | 16 | 04/23/2021 | April 23, 2021 |
| 48 | 17 | 04/30/2021 | April 30, 2021 |

**Nation of 1st Publication:**   United States

### Author

- **Author:**   Providence Publications
  **Author Created:**   collective work
  **Work made for hire:**   Yes

### Copyright Claimant

**Copyright Claimant:**   Providence Publications
PO Box 2610, Granite Bay, CA, 95746, United States

### Rights and Permissions

Page 1 of 2

**Organization Name:** Providence Publications
**Email:** mgalvez@provpubs.com
**Telephone:** (916)501-8529
**Address:** PO Box 2610
Granite Bay, CA 95746 United States

## Certification

**Name:** Maria Galvez
**Date:** April 30, 2021

**Copyright Office notes:** Regarding group registration. A group of serial issues may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: (1) Each issue must be a serial, as defined in 37 C.F.R. 202.4(d); (2) the group must include at least two issues; (3) each issue must be an all-new collective work that has not been previously published; (4) each issue must be fixed and distributed as a discrete, self-contained collective work, and the claim in each issue must be limited to the collective work; (5) each issue must be a work made for hire; (6) the author and claimant for each issue must be the same person or organization; (7) the serial generally must be published at intervals of a week or more; (8) all of the issues must be published under the same continuing title; (9) all of the issues must be published within three months and within the same calendar year; and (10) the applicant must specify the date of publication for each issue in the group.

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-001-388

**Effective Date of Registration:**
July 01, 2021

**Registration Decision Date:**
September 02, 2021

---

# Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title
_____

Title of Work: Cal-OSHA Reporter

ISSN: 1054-1209

## Issue(s)
_____

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 48 | 25 | 06/25/2021 | June 25, 2021 |
| 48 | 24 | 06/18/2021 | June 18, 2021 |
| 48 | 23 | 06/11/2021 | June 11, 2021 |
| 48 | 22 | 06/04/2021 | June 04, 2021 |
| 48 | 21 | 05/28/2021 | May 28, 2021 |
| 48 | 20 | 05/21/2021 | May 21, 2021 |
| 48 | 19 | 05/14/2021 | May 14, 2021 |
| 48 | 18 | 05/7/2021 | May 07, 2021 |

Nation of 1ˢᵗ Publication: United States

## Author
_____

- Author: Providence Publications
  Author Created: collective work
  Work made for hire: Yes

## Copyright Claimant
_____

Copyright Claimant: Providence Publications
Post Office Box 2619, PO Box 2610, Granite Bay, CA, 95746, United States

## Rights and Permissions
_____

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-009-027

**Effective Date of Registration:**
August 30, 2021

**Registration Decision Date:**
September 23, 2021

---

## Copyright Registration for a Group of Serial Issues

Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title

| | |
|---|---|
| **Title of Work:** | Cal-OSHA Reporter |
| **ISSN:** | 1054-1209 |

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 48 | 32 | 08/27/21 | August 27, 2021 |
| 48 | 31 | 08/20/21 | August 20, 2021 |
| 48 | 30 | 08/13/21 | August 13, 2021 |
| 48 | 29 | 08/06/21 | August 06, 2021 |
| 48 | 28 | 07/30/2021 | July 30, 2021 |
| 48 | 27 | 07/23/2021 | July 23, 2021 |
| 48 | 26 | 07/02/2021 | July 02, 2021 |

| | |
|---|---|
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Providence Publications |
| **Author Created:** | collective work |
| **Work made for hire:** | Yes |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Providence Publications |
| | Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United States. |

### Rights and Permissions



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-047-538**

**Effective Date of Registration:**
October 29, 2021
**Registration Decision Date:**
December 08, 2021

---

# Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

**Title of Work:** Cal-OSHA Reporter

**ISSN:** 1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 48 | 33 | 09/03/2021 | September 03, 2021 |
| 48 | 34 | 09/10/2021 | September 10, 2021 |
| 48 | 35 | 09/17/2021 | September 17, 2021 |
| 48 | 36 | 09/24/2021 | September 24, 2021 |
| 48 | 37 | 10/01/2021 | October 01, 2021 |
| 48 | 38 | 10/08/2021 | October 08, 2021 |
| 48 | 39 | 10/15/2021 | October 15, 2021 |
| 48 | 40 | 10/22/2021 | October 22, 2021 |
| 48 | 41 | 10/29/2021 | October 29, 2021 |

**Nation of 1st Publication:** United States

## Author

**Author:** Providence Publications
**Author Created:** collective work
**Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Providence Publications
Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions

**Organization Name:** Providence Publications
**Email:** mgalvez@provpubs.com
**Telephone:** (916)501-8529
**Address:** PO Box 2610
Granite Bay, CA 95746 United States

## Certification

**Name:** Maria Galvez
**Date:** October 29, 2021

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of serial issues may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: (1) Each issue must be a serial, as defined in 37 C.F.R. 202.4(d); (2) the group must include at least two issues; (3) each issue must be an all-new collective work that has not been previously published; (4) each issue must be fixed and distributed as a discrete, self-contained collective work, and the claim in each issue must be limited to the collective work; (5) each issue must be a work made for hire; (6) the author and claimant for each issue must be the same person or organization; (7) the serial generally must be published at intervals of a week or more; (8) all of the issues must be published under the same continuing title; (9) all of the issues must be published within three months and within the same calendar year; and (10) the applicant must specify the date of publication for each issue in the group.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# TX 9-064-964

**Effective Date of Registration:**
December 17, 2021
**Registration Decision Date:**
January 20, 2022

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

Title of Work:    Cal-OSHA Reporter

ISSN:    1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 48 | 41 | 10/29/2021 | October 29, 2021 |
| 48 | 42 | 11/05/2021 | November 05, 2021 |
| 48 | 43 | 11/12/2021 | November 12, 2021 |
| 48 | 44 | 11/19/2021 | November 19, 2021 |
| 48 | 45 | 11/24/2021 | November 24, 2021 |
| 48 | 46 | 12/03/2021 | December 03, 2021 |
| 48 | 47 | 12/10/2021 | December 10, 2021 |
| 48 | 48 | 12/17/2021 | December 17, 2021 |

Nation of 1st Publication:    United States

## Author

●    Author:    Providence Publications
Author Created:    collective work
Work made for hire:    Yes

## Copyright Claimant

Copyright Claimant:    Providence Publications
Post Office Box 2610, Granite Bay, CA, 95746, United States

## Rights and Permissions



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-132-362**

**Effective Date of Registration:**
May 04, 2022
**Registration Decision Date:**
June 17, 2022

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

| | | |
|---|---|---|
| **Title of Work:** | Cal-OSHA Reporter | |
| **ISSN:** | 1054-1209 | |

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|---|---|---|---|
| 49 | 1 | 01/07/2022 | January 07, 2022 |
| 49 | 2 | 01/14/2022 | January 14, 2022 |
| 49 | 3 | 01/21/2022 | January 21, 2022 |
| 49 | 4 | 01/28/2022 | January 28, 2022 |
| 49 | 5 | 02/04/2022 | February 04, 2022 |
| 49 | 6 | 02/11/2022 | February 11, 2022 |
| 49 | 7 | 02/18/2022 | February 18, 2022 |
| 49 | 8 | 02/25/2022 | February 25, 2022 |

**Nation of 1st Publication:** United States

## Author

- **Author:** Providence Publications
  **Author Created:** collective work
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Providence Publications
Post Office Box 7997, Post Office Box 7997, Greenwood, IN, 46142, United
States

## Rights and Permissions

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-132-333

**Effective Date of Registration:**
May 04, 2022
**Registration Decision Date:**
June 17, 2022

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

## Title

**Title of Work:**   Cal-OSHA Reporter

**ISSN:**   1054-1209

## Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 49 | 9 | 03/04/2022 | March 04, 2022 |
| 49 | 10 | 03/11/2022 | March 11, 2022 |
| 49 | 11 | 03/18/2022 | March 18, 2022 |
| 49 | 12 | 03/25/2022 | March 25, 2022 |
| 49 | 13 | 04/01/2022 | April 01, 2022 |
| 49 | 14 | 04/08/2022 | April 08, 2022 |
| 49 | 15 | 04/15/2022 | April 15, 2022 |
| 49 | 16 | 04/22/2022 | April 22, 2022 |
| 49 | 17 | 04/29/2022 | April 29, 2022 |

**Nation of 1ˢᵗ Publication:**   United States

## Author

**Author:**   Providence Publications
**Author Created:**   collective work
**Work made for hire:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Providence Publications
Post Office Box 7997, Greenwood, IN, 46142, United States

## Rights and Permissions

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-149-196**

**Effective Date of Registration:**
June 28, 2022

**Registration Decision Date:**
July 28, 2022

---

## Copyright Registration for a Group of Serial Issues
Registration issued pursuant to 37 C.F.R. § 202.4(d)

### Title
_____

Title of Work:   Cal-OSHA Reporter

ISSN:   1054-1209

### Issue(s)

| Volume | Number | Issue Date | Publication Date |
|--------|--------|------------|------------------|
| 49 | 18 | 05/06/2022 | May 06, 2022 |
| 49 | 19 | 05/13/2022 | May 13, 2022 |
| 49 | 20 | 05/20/2022 | May 20, 2022 |
| 49 | 21 | 05/27/2022 | May 27, 2022 |
| 49 | 22 | 06/03/2022 | June 03, 2022 |
| 49 | 23 | 06/10/2022 | June 10, 2022 |
| 49 | 24 | 06/17/2022 | June 17, 2022 |
| 49 | 25 | 06/24/2022 | June 24, 2022 |

Nation of 1st Publication:   United States

### Author

- Author:   Providence Publications
  Author Created:   collective work
  Work made for hire:   Yes

### Copyright Claimant

Copyright Claimant:   Providence Publications
Post Office Box 7997, Greenwood, IN, 46142, United States

### Rights and Permissions