

# United States District Court
# Eastern District of California

| PROVIDENCE PUBLICATIONS, LLC |
|---|

Plaintiff(s)

V.

| INTERWEST INSURANCE SERVICES, LLC |
|---|

Defendant(s)

Case Number: 2:23-cv-01943-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Timothy M. Reynolds hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Providence Publications, LLC

On 01/01/2000 (date), I was admitted to practice and presently in good standing in the U.S. District Court, District of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/18/2023      Signature of Applicant: /s/ Timothy M. Reynolds

**Pro Hac Vice Attorney**

Applicant's Name: Timothy M. Reynolds
Law Firm Name: BRYAN CAVE LEIGHTON PAISNER LLP
Address: 1801 13th Street, Suite 300
City: Boulder   State: CO   Zip: 80302
Phone Number w/Area Code: (303) 444-5955
City and State of Residence: Boulder, CO
Primary E-mail Address: timothy.reynolds@bclplaw.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David Harford
Law Firm Name: BRYAN CAVE LEIGHTON PAISNER LLP
Address: 1920 Main Street, Suite 1000
City: Irvine   State: CA   Zip: 92614
Phone Number w/Area Code: (949) 223-7000   Bar #: 270696

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 11, 2023

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE